## STATE OF CONNECTICUT *v.* CHARLES BROWN
### (AC 20441)

Lavery, C. J., and Foti and Schaller, Js.

Argued June 5—officially released July 3, 2001

Per Curiam. The judgment is affirmed.

## CHARLES D. GIANETTI *v.* THOMAS FISCHETTI
### (AC 21066)

Foti, Schaller and Dupont, Js.

Argued June 5—officially released July 3, 2001

Per Curiam. The judgment is affirmed.

## JANIE LEE PALMIERI *v.* DIANA M. LEE ET AL.
### (AC 20802)

Lavery, C. J., and Mihalakos and O'Connell, Js.

Argued June 6—officially released July 3, 2001

Per Curiam. The judgment is affirmed.